**Appeal No.  2018AP649-CR**

Cir. Ct. No.  2015CF411

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT II

---

STATE OF WISCONSIN,

    PLAINTIFF-RESPONDENT,

  V.

DANIEL A. GRIFFIN,

    DEFENDANT-APPELLANT.

FILED

September 6, 2019

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Ave., Ste. 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Ste. 310
Wausau, WI 54401

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty St., Ste. 700
Madison, WI 53703

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
Ten East Doty St., Ste. 700
Madison, WI 53703

Hon. Dale L. English
Circuit Court Judge
Fond du Lac County Courthouse
160 S. Macy St.
Fond du Lac, WI 54935

Ramona Geib
Clerk of Circuit Court
Fond du Lac County Courthouse
160 S. Macy St.
Fond du Lac, WI 54935

Jaymes Fenton
Fenton Law Office
1123 N. Water St., Ste. 400
Milwaukee, WI 53202

Donald V. Latorraca
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Eric Toney
District Attorney
Fond du Lac County
160 S. Macy St.
Fond du Lac, WI 54935

PLEASE TAKE NOTICE that a correction was made to paragraph 19, footnote 9 was removed in the above-captioned opinion which was released on August 21, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.